| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 20, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARSHA GARMA PHILLIPS,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00055-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARSHA GARMA PHILLIPS , Case No. 2:22-cr-00055-TLN  Charge 21 § 846, 841(a)(1) , from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

　　_____    Unsecured Appearance Bond $ _____

　　_____    Appearance Bond with 10% Deposit

　　_____    Appearance Bond with Surety

　　_____    Corporate Surety Bail Bond

　　__X__    (Other):  The defendant's release is delayed until 04/21/2022 at 9:00 AM.

Issued at Sacramento, California on April 20, 2022 at 2:50 PM.

　　　　　　　　　　　　　　　　By:  /s/ Allison Claire

　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire