Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
MARSHA PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00055 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO SET STATUS CONFERENCE RE RELEASE FROM TREATMENT PROGRAM** |
| v. | |
| MARSHA PHILLIPS, | |
| Defendant. | Date: July 11, 2022<br>Court: Hon. Allison Claire |

The parties, Etan Zaitsu, attorney for the Defendant Marsha Phillips, and Adrian Kinsella, attorney for the Plaintiff United States, hereby request a status conference on July 11, 2022, pursuant to the terms of Ms. Phillips' release as stated on the record at her bail hearing on April 20, 2022, before the Honorable Magistrate Allison Claire. Dkt. 21. Specifically, this Court ordered her appearance approximately two weeks prior to her release from the program for a status conference. Ms. Phillips is scheduled to be released from the WellSpace residential treatment program on or around July 21, 2022, upon successful completion of 90 days inpatient. Upon release, pursuant to her Special Conditions of Release, Ms. Phillips will reside with her parents who will serve as custodians.

Dated:  June 27, 2022                                                   Respectfully submitted,

                                                                                        */s/ Etan Zaitsu*

1

**REQUEST FOR STATUS CONFERENCE**

|   |   |
|---|---|
| | ETAN ZAITSU |
| | Attorney for Defendant |
| | MARSHA PHILLIPS |

Dated:  June 27, 2022                                          Respectfully submitted,

                                                              /s/ Adrian Kinsella
                                                              ADRIAN KINSELLA
                                                              ASSISTANT U.S. ATTORNE

## [~~PROPOSED~~] ORDER

The parties' request for a status conference is granted, and shall be held on July 11, 2022, at 2:00pm in this court.

DATED: June 29, 2022

                                                              _____
                                                              ALLISON CLAIRE
                                                              UNITED STATES MAGISTRATE JUDGE

**REQUEST FOR STATUS CONFERENCE**