1  Etan Zaitsu [SBN 287106]
   Attorney-at-Law
2
3  Zaitsu Law
   331 "J" Street, Suite 200
4  Sacramento, CA  95814
   W: 916.542.0270
5  etan@zaitsulaw.com
6
   Attorney for Defendant
7  MARSHA G. PHILLIPS

8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00055 TLN |
| Plaintiff, | **REQUEST TO SEAL PROGRESS REPORT** |
| v. | |
| MARSHA G. PHILLIPS, | |
| Defendant. | |

**REQUEST**

Defendant Marsha Phillips, by and through her undersigned counsel, requests that the "Progress Report by Counselor Tharpe" in preparation for her status conference on July 11, 2022, before the Honorable Allison Claire, be filed under seal. Sealing is sought to protect the private medical nature of the documents.

Pursuant to Local Rules 141(b), the total number of pages submitted for sealing is 1. Sealing is sought until further order of the Court, to protect the private medical nature of the documents, and is consistent with the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). Only the U.S.

1

**Request to Seal**

Attorney's Office, U.S. Pretrial Services, and the Court are permitted access. A digital copy of the report has been emailed to Pretrial Services and the government.

Dated: July 10, 2022                                          Respectfully submitted,

                                                              /s/ Etan Zaitsu
                                                              ETAN ZAITSU
                                                              Attorney for Defendant
                                                              MARSHA G. PHILLIPS

### [~~PROPOSED~~] ORDER

Pursuant to Local Rule 141 (b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the Defendant's "Progress Report by Counselor Tharpe" shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Pretrial Services.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's request, sealing the Defendant's documents serves a compelling interest.

IT IS SO ORDERED.

DATE: July 11, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Request to Seal**