Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
MARSHA PHILLIPS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>MARSHA PHILLIPS,<br><br>                              Defendant. | Case No.: 2:22-CR-00055 DAD-2<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43)** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Marsha Phillips hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that the defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if defendant were

1

**Defendant's Appearance Waiver**

personally present, and further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

Defendant further acknowledges being informed the defendant's rights under Title 18 U.S.C. § 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and delays under that Act without defendant's personal presence.

Dated:  10/25/22                                     __s/ Marsha Phillips_____
                                                     Defendant
                                                     (Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated:  10/25/22                                     /s/ Etan Zaitsu_____
                                                     Etan Zaitsu
                                                     Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **October 25, 2022**                         _____
                                                     UNITED STATES DISTRICT JUDGE

**Defendant's Appearance Waiver**