Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
MARSHA PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARSHA PHILLIPS,<br><br>    Defendant. | Case No.: 2:22-CR-00055 DAD<br><br>**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE** |

The parties, through their respective counsel, Etan Zaitsu, attorney for defendant Marsha Phillips, and Adrian Kinsella, Assistant United States Attorney, agree and do hereby stipulate to modifying the defendant's special conditions of release as determined by Pretrial Services. Specifically, the defendant requests the removal of Conditions 14-16, requiring ankle monitoring and a curfew, from her special conditions of release. Neither the government nor Pretrial Services are opposed to this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part of the record herein.

    IT IS SO STIPULATED

Dated:  November 1, 2022                           Respectfully submitted,

**Stipulation For Modification of Pretrial Release Conditions**

|   |   |
|---|---|
| | /s/ Etan Zaitsu |
| | ETAN ZAITSU |
| | Attorney for Defendant |
| | MARSHA PHILLIPS |
| Dated: November 1, 2022 | /s/ Adrian Kinsella |
| | ADRIAN KINSELLA |
| | Assistant U.S. Attorney |

## ORDER

Based upon the foregoing stipulation of the parties, with no opposition from the pretrial services officer, and good cause appearing, the Court grants the Defendant's request to modify Special Conditions 14-16 as set forth above. The Amended Special Conditions of Pretrial Release is ordered filed. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated: November 2, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Modification of Pretrial Release Conditions**

**AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Phillips, Marsha Garma
No.: 2:22-CR-00055-2
Date: October 31, 2022

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are released to the third-party custody of Francisco Primer;

3. You must reside with your custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

14. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.