Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
MARSHA PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00055 DAD |
| Plaintiff, | **ORDER** |
| v. | |
| MARSHA PHILLIPS, | |
| Defendant. | |

Based upon the representations contained in the Defendant's Request to Seal, and because the Court finds that there are compelling reasons for sealing these documents under the circumstances, Dr. Jennie Singer's "Report" IS HEREBY ORDERED SEALED pursuant to Local Rule 141 until further order of this court. Access to the sealed files shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

IT IS SO ORDERED.

Dated:  **August 10, 2023**

_____
UNITED STATES DISTRICT JUDGE

1

**Order**